IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATALIE HOLT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) NO. 3:14-CV-01985 |
| | ) TRAUGER/GRIFFIN |
| v. | ) JURY DEMAND |
| | ) |
| CITY OF DICKSON OF THE STATE OF | ) |
| TENNESSEE, CITY OF DICKSON | ) |
| MUNICIPAL COURT CLERK'S | ) |
| OFFICE, AN AGENCY OF DICKSON | ) |
| COUNTY, TN | ) |
| | ) |
|    Defendants. | ) |

## MOTION OF DISMISSAL

Plaintiff Natalie Holt, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. Rule 41(a), hereby motions that the above-styled action shall be dismissed with prejudice. Plaintiff and Defendant shall bear (and be responsible for) their own respective attorneys' fees and costs.

Respectfully submitted this 3rd day of June, 2016.

                                                               s/ R.A. Stewart

                                                              R.A. Stewart (BPR #23042)
                                                              R.A. Stewart, P.C.
                                                              315 Deaderick Street, Suite 1550
                                                              Nashville, TN 37238
                                                              Telephone: 615.600.4614
                                                              Email: rstewart@rastewartlaw.com
                                                              Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATALIE HOLT, )<br>)<br>  Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>CITY OF DICKSON OF THE STATE OF )<br>TENNESSEE, CITY OF DICKSON )<br>MUNICIPAL COURT CLERK'S )<br>OFFICE, AN AGENCY OF DICKSON )<br>COUNTY, TN )<br>)<br>  Defendants. ) | NO. 3:14-CV-01985<br>TRAUGER/GRIFFIN<br>JURY DEMAND |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2016, I electronically filed the foregoing "Motion for Dismissal With Prejudice" with the Clerk of Court using the Court's CMECF system, which automatically will send email notification of such filing to the following attorney of record:

Aaron S. Guin
Farrar & Bates, LLP
211 Seventh Avenue North, Suite 500
Nashville, Tennessee 37219
aaron.guin@farrar-bates.com


s/ R.A. Stewart
_____
R.A. Stewart
Email: rstewart@rastewartlaw.com